UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13 - 60064 CR-COHN

18 U.S.C. § 1546(a)
18 U.S.C. § 1015(a)

MAGISTRATE JUDGE
SELTZER

UNITED STATES OF AMERICA

vs.

MARYORI VELAZQUEZ GUEVARA,

Defendant.

_____/

FILED by _____ D.C.

MAR 22 2013

STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. – MIAMI

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about March 6, 2012, in Broward County, in the Southern District of Florida, the defendant,

**MARYORI VELAZQUEZ GUEVARA,**

did knowingly present and cause to be presented to United States Citizenship and Immigration Services, an application required by the immigration laws and regulations prescribed thereunder, which contained a false statement with respect to a material fact, that is, a Form N-400, Application for Naturalization , which stated that the defendant was a native or citizen of Cuba, when in truth and in fact, and as the defendant then and there well knew, she was not a native or citizen of Cuba, in violation of Title 18, United States Code, Section 1546(a).

## COUNT 2

On or about March 6, 2012, in Broward County, in the Southern District of Florida, the defendant,

**MARYORI VELAZQUEZ GUEVARA,**

did knowingly make a false statement under oath, in a case, proceeding, and matter relating to, under, and by virtue of any law of the United States relating to naturalization and citizenship, in that the defendant represented to an officer of the United States Citizenship and Immigration Services during an interview on her N-400 Application for Naturalization that she was born in Cuba, when in truth and in fact, and as the defendant then and there well knew, she was not born in Cuba, in violation of Title 18, United States Code, Section 1015(a).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
BENJAMIN D. ROSEN
SPECIAL ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

MARYORI VELAZQUEZ GUEVARA,

Defendant.
_____/

CASE NO. _____

# CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information:

New Defendant(s)       Yes _____   No _____
Number of New Defendants
Total number of counts

**Court Division**: (Select One)

___ Miami    ___ Key West
_X_ FTL     ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   YES
   List language and/or dialect   Spanish

4. This case will take   2-3   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)            (Check only one)

   | | | |
   |---|---|---|
   | I | 0 to 5 days | x |
   | II | 6 to 10 days | |
   | III | 11 to 20 days | |
   | IV | 21 to 60 days | |
   | V | 61 days and over | |

   | | |
   |---|---|
   | Petty | |
   | Minor | |
   | Misdem. | |
   | Felony | x |

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? _____ Yes _x_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? _____ Yes _x_ No

_____
BENJAMIN D. ROSEN
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501612

REV 4/8/08

*Penalty Sheet(s) attached

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: MARYORI VELAZQUEZ GUEVARA**

**Case No:** _____

Count #:1

Fraud and Misuse of Visas, Permits, and Other Documents

Title 18, United States Code, Section 1546(a)

**\*Max. Penalty:** 10 Years' Imprisonment

Count #:2

False Statement Related to Naturalization

Title 18, United States Code, Section 1015(a)

**\*Max. Penalty:** 5 Years' Imprisonment

---

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**